UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

TRUDA ZOBEL,

  Plaintiff,                          CASE NO.: 4:16-CV-00354-CDL

-vs-

ALLY FINANCIAL INC.,

  Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, Truda Zobel, and the Defendant, ALLY FINANCIAL INC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 17th day of March, 2017.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Alexandra Krasovec (by permission)* |
| Octavio Gomez, Esquire | Alexandra Krasovec, Esquire (PHV) |
| Morgan & Morgan, Tampa, P.A. | DORSEY & WHITNEY LLP |
| One Tampa City Center | 600 Anton Boulevard, Suite 2000 |
| Tampa, FL 33602 | Costa Mesa, CA 92626 |
| Tele: (813) 223-5505 | Tele: (714) 800-1400 |
| Fax: (813) 223-5402 | krasovec.alexandra@dorsey.com |
| Georgia Bar No.: 617963 | California Bar No.: 279578 |
| Attorney for Plaintiff | Attorney for Defendant |